UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                  )
                                        )
JAMIE GIBSON,                           )        NO. 13-91537
                                        )        Chapter 7
                    Debtor.             )
                                        )

MOTION FOR TURNOVER ORDER

NOW COMES Kristin L. Wilson, Chapter 7 Trustee, and for her Motion for Turnover respectfully states as follows:

1.    The Debtor filed his Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on December 19, 2014.

2.    I serve as the Debtor's Chapter 7 Bankruptcy Trustee.

3.    Debtor owns a 2004 Harley Davidson Sportster which was not disclosed on his petition and schedules.

4.    That it is the Trustee's intent to take possession of the 2004 Harley Davidson Sportster, sell same and distribute funds from sale of same to the unsecured creditors.

WHEREFORE, Kristin L. Wilson, Chapter 7 Trustee, respectfully prays that:

The Debtor be ordered to turn over the 2004 Harley Davidson Sportster within 10 days of the entry of the Order on Motion for Turnover for sale of same.

/s/Kristin L. Wilson
Kristin L. Wilson
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Motion for Turnover Order has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

> Jamie Gibson
> 8040 N. 2275 E. Road
> Fairbury, IL 61739

I hereby certify that on the 10th day of March, 2014, a true and correct copy of the foregoing pleading was served by electronic mail upon:

Robert Follmer                          Nancy J. Gargula
201 W. Olive Street                     United States Trustee
Bloomington, IL 61701                   401 Main Street
                                        Suite 1100
                                        Peoria, IL 61602

DATED this 10th day of March, 2014.


/s/ Kristin L. Wilson
Kristin L. Wilson


KRISTIN L. WILSON
Chapter 7 Trustee
600 Jackson Avenue
Charleston, IL  61920
Telephone:  (217) 345-3929
Fax:        (217) 345-6501